UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MAZAK CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; <br> OFFICE OF THE UNITED STATES TRADE <br> REPRESENTATIVE; U.S. CUSTOMS & <br> BORDER PROTECTION, <br><br> Defendants. | Court No. 20-1789 |

## NOTICE TO WITHDRAW FRANCES HADFIELD

**PLEASE TAKE NOTICE** that, Frances Hadfield has left the employment of Crowell & Moring LLP. Accordingly, please remove Frances Hadfield from the list of counsel from Crowell & Moring LLP representing the plaintiff, Mazak Corporation, in this proceeding.

 

Respectfully submitted,

*/s/ Weronika Bukowski*
Weronika Bukowski

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 530-1930
Email: wbukowski@crowell.com

Dated: February 5, 2024     *Counsel for Mazak Corporation*