UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| MAZAK CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 20-1789 |
| | : | |
| UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE<br>REPRESENTATIVE; U.S. CUSTOMS &<br>BORDER PROTECTION, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO WITHDRAW FRANCES HADFIELD

**PLEASE TAKE NOTICE** that, Mert Ermen Arkan has left the employment of Crowell & Moring LLP. Accordingly, please remove Mert Ermen Arkan from the list of counsel from Crowell & Moring LLP representing the plaintiff, Mazak Corporation, in this proceeding.

Respectfully submitted,

*/s/ Weronika Bukowski*
Weronika Bukowski

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 530-1930
Email: wbukowski@crowell.com

Dated: February 5, 2024

*Counsel for Mazak Corporation*